426 A.2d 107

**COMMONWEALTH of Pennsylvania,**

v.

**Jay Orel CRANDALL, Appellant.**

Supreme Court of Pennsylvania.

Submitted Oct. 24, 1980.

Decided March 13, 1981.

Stephen H. Serota, Philadelphia, for appellant.

Christine O. Boyd, Asst. Dist. Atty., John J. Kevlock, Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The appeal is dismissed as having been improvidently granted.